## 2172CV00050 Conlin, Jerome P. vs. Michael, Paul J. et al

- Case Type:
  Real Property
- Case Status:
  Open
- File Date
  02/16/2021
- DCM Track:
  F - Fast Track
- Initiating Action:
  Other Real Property Action
- Status Date:
  02/16/2021
- Case Judge:
- Next Event:

**All Information** | **Party** | **Tickler** | **Docket** | **Disposition**

### Party Information

**Conlin, Jerome P.**
- Plaintiff

Alias

Party Attorney
- Attorney
- Somma, Esq., Christopher James
- Bar Code
- 624988
- Address
- Somma Law PLLC
  130 Mill Rd
  Durham, NH 03824
- Phone Number
- (800)642-7912

More Party Information

**Michael, Paul J.**
- Defendant

Alias

Party Attorney

More Party Information

**Berman, Daniel**
- Defendant

Alias

Party Attorney

More Party Information

### Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 05/14/2021 | 07/15/2021 | 62 | |
| Answer | 02/16/2021 | 08/16/2021 | 181 | |
| Rule 12/19/20 Served By | 02/16/2021 | 06/16/2021 | 120 | |
| Rule 12/19/20 Filed By | 02/16/2021 | 07/16/2021 | 150 | |
| Rule 12/19/20 Heard By | 02/16/2021 | 08/16/2021 | 181 | |
| Rule 15 Served By | 02/16/2021 | 06/16/2021 | 120 | |
| Rule 15 Filed By | 02/16/2021 | 07/16/2021 | 150 | |
| Rule 15 Heard By | 02/16/2021 | 08/16/2021 | 181 | |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Discovery | 02/16/2021 | 12/13/2021 | 300 | |
| Rule 56 Served By | 02/16/2021 | 01/12/2022 | 330 | |
| Rule 56 Filed By | 02/16/2021 | 02/11/2022 | 360 | |
| Final Pre-Trial Conference | 02/16/2021 | 06/13/2022 | 482 | |
| Judgment | 02/16/2021 | 02/16/2023 | 730 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 02/16/2021 | Complaint electronically filed. | 1 | Image |
| 02/16/2021 | Civil action cover sheet filed. | 2 | Image |
| 02/16/2021 | Case assigned to: DCM Track F - Fast Track was added on 02/16/2021 | | |
| 05/13/2021 | Service Returned for | 3 | Image |
| 05/14/2021 | Plaintiff Jerome P. Conlin's Motion to extend time for service of process to 07/15/2021 | 4 | Image |
| 05/14/2021 | Endorsement on Motion to extend time for service of process (#4.0): ALLOWED Clerk's Notice emailed on 05/17/2021 to CJS. | | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |

## Commonwealth of Massachusetts

BARNSTABLE, SS.

TRIAL COURT OF THE COMMONWEALTH
SUPERIOR COURT DEPARTMENT
CIVIL DOCKET NO. 2172CV00050

Jerome P. Coulln, PLAINTIFF(S),

v.

Paul Michael, DEFENDANT(S)

### SUMMONS

THIS SUMMONS IS DIRECTED TO Paul Michael (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the Barnstable Superior Court. **YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. **You must respond to this lawsuit in writing within 20 days.** If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.** To respond to this lawsuit, you must file a written response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:
   a. Filing your **signed original** response with the Clerk's Office for Civil Business, Superior Court, by mail to P.O. Box 425, or in person to 3195 Main Street, Barnstable, MA 02630, AND
   b. Delivering or mailing a copy of your response to the Plaintiff's Attorney/Plaintiff at the following address: 130 Mill Road, Durham, NH 03824.

3. **What to include in your response.** An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Answer or in a written demand for a jury trial that you must send to the other side and file with the court no more than 10 days after sending your Answer. You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12**. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at www.mass.gov.courts/case-legal-res/rules of court.

**Legal Assistance.** You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

**Required information on all filings:** The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant, Chief Justice on __April 13__, 20__21__. (SEAL)

Scott W. Nickerson
Clerk-Magistrate

*Scott W. Nickerson*

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify that on _____, 20___, I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5)):

_____
_____
_____

Dated: _____, 20___     Signature: _____


**N.B.   TO PROCESS SERVER:**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX — BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts<br>The Superior Court | |
|---|---|---|---|
| **PLAINTIFF(S):** Jerome P Conlin | | **COUNTY** Barnstable | |
| **ADDRESS:** 8 Seashore Park Drive, Unit #6<br>Provincetown, Massachusetts 02657 | | **DEFENDANT(S):** Paul J. Michael and Daniel Berman | |
| **ATTORNEY:** Christopher J. Somma | | | |
| **ADDRESS:** 130 Mill Road, Durham, New Hampshire 03824 | | **ADDRESS:** 273 West 10th Street, #2RE, New York, New York 10014 | |
| **BBO:** 624988 | | | |

| | TYPE OF ACTION AND TRACK DESIGNATION (see reverse side) | | |
|---|---|---|---|
| **CODE NO.** | **TYPE OF ACTION (specify)** | **TRACK** | **HAS A JURY CLAIM BEEN MADE?** |
| C99 | Breach of a Purchase and Sale Agreement | F | ☐ YES  ☒ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?   ☐ YES  ☒ NO
Is this a class action under Mass. R. Civ. P. 23?   ☐ YES  ☒ NO

**STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses ................................................................................................. $
  2. Total doctor expenses .................................................................................................. $
  3. Total chiropractic expenses ......................................................................................... $
  4. Total physical therapy expenses ................................................................................ $
  5. Total other expenses (describe below) ....................................................................... $
    Subtotal (A): $

B. Documented lost wages and compensation to date ........................................................ $
C. Documented property damages to date ........................................................................... $
D. Reasonably anticipated future medical and hospital expenses ...................................... $
E. Reasonably anticipated lost wages ................................................................................. $
F. Other documented items of damages (describe below) .................................................. $126,625.00

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

Breach of a Purchase and Sale Agreement for real estate in Provincetown, Massachusetts

TOTAL (A-F): $126,625.00

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).
Provide a detailed description of claim(s):

TOTAL: $

Signature of Attorney/ Unrepresented Plaintiff: X   /s/ Christopher J. Somma   Date: 02 / 16 / 2021

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION PURSUANT TO SJC RULE 1:18**
I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X   /s/ Christopher J. Somma   Date: 02 / 16 / 2021

Doc ID: 0cbf652872e6180c8fef15d0e1aedeee6b580758

# CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

### AC Actions Involving the State/Municipality *

| Code | Description | |
|---|---|---|
| AA1 | Contract Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AB1 | Tortious Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AC1 | Real Property Action involving Commonwealth, Municipality, MBTA etc. | (A) |
| AD1 | Equity Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AE1 | Administrative Action involving Commonwealth, Municipality, MBTA, etc. | (A) |

### CN Contract/Business Cases

| Code | Description | |
|---|---|---|
| A01 | Services, Labor, and Materials | (F) |
| A02 | Goods Sold and Delivered | (F) |
| A03 | Commercial Paper | (F) |
| A04 | Employment Contract | (F) |
| A05 | Consumer Revolving Credit - M.R.C.P. 8.1 | (F) |
| A06 | Insurance Contract | (F) |
| A08 | Sale or Lease of Real Estate | (F) |
| A12 | Construction Dispute | (A) |
| A14 | Interpleader | (F) |
| BA1 | Governance, Conduct, Internal Affairs of Entities | (A) |
| BA3 | Liability of Shareholders, Directors, Officers, Partners, etc. | (A) |
| BB1 | Shareholder Derivative | (A) |
| BB2 | Securities Transactions | (A) |
| BC1 | Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. | (A) |
| BD1 | Intellectual Property | (A) |
| BD2 | Proprietary Information or Trade Secrets | (A) |
| BG1 | Financial Institutions/Funds | (A) |
| BH1 | Violation of Antitrust or Trade Regulation Laws | (A) |
| A99 | Other Contract/Business Action - Specify | (F) |

\* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

| Code | Description | |
|---|---|---|
| D01 | Specific Performance of a Contract | (A) |
| D02 | Reach and Apply | (F) |
| D03 | Injunction | (F) |
| D04 | Reform/ Cancel Instrument | (F) |
| D05 | Equitable Replevin | (F) |
| D06 | Contribution or Indemnification | (F) |
| D07 | Imposition of a Trust | (A) |
| D08 | Minority Shareholder's Suit | (A) |
| D09 | Interference in Contractual Relationship | (F) |
| D10 | Accounting | (A) |
| D11 | Enforcement of Restrictive Covenant | (F) |
| D12 | Dissolution of a Partnership | (F) |
| D13 | Declaratory Judgment, G.L. c. 231A | (A) |
| D14 | Dissolution of a Corporation | (F) |
| D99 | Other Equity Action | (F) |

### PA Civil Actions Involving Incarcerated Party †

| Code | Description | |
|---|---|---|
| PA1 | Contract Action involving an Incarcerated Party | (A) |
| PB1 | Tortious Action involving an Incarcerated Party | (A) |
| PC1 | Real Property Action involving an Incarcerated Party | (F) |
| PD1 | Equity Action involving an Incarcerated Party | (F) |
| PE1 | Administrative Action involving an Incarcerated Party | (F) |

### TR Torts

| Code | Description | |
|---|---|---|
| B03 | Motor Vehicle Negligence - Personal Injury/Property Damage | (F) |
| B04 | Other Negligence - Personal Injury/Property Damage | (F) |
| B05 | Products Liability | (A) |
| B06 | Malpractice - Medical | (A) |
| B07 | Malpractice - Other | (A) |
| B08 | Wrongful Death - Non-medical | (A) |
| B15 | Defamation | (A) |
| B19 | Asbestos | (A) |
| B20 | Personal Injury - Slip & Fall | (F) |
| B21 | Environmental | (F) |
| B22 | Employment Discrimination | (F) |
| BE1 | Fraud, Business Torts, etc. | (A) |
| B99 | Other Tortious Action | (F) |

### RP Summary Process (Real Property)

| Code | Description | |
|---|---|---|
| S01 | Summary Process - Residential | (X) |
| S02 | Summary Process - Commercial/ Non-residential | (F) |

### RP Real Property

| Code | Description | |
|---|---|---|
| C01 | Land Taking | (F) |
| C02 | Zoning Appeal, G.L. c. 40A | (F) |
| C03 | Dispute Concerning Title | (F) |
| C04 | Foreclosure of a Mortgage | (X) |
| C05 | Condominium Lien & Charges | (X) |
| C99 | Other Real Property Action | (F) |

### MC Miscellaneous Civil Actions

| Code | Description | |
|---|---|---|
| E18 | Foreign Discovery Proceeding | (X) |
| E97 | Prisoner Habeas Corpus | (X) |
| E22 | Lottery Assignment, G.L. c. 10, § 28 | (X) |

### AB Abuse/Harassment Prevention

| Code | Description | |
|---|---|---|
| E15 | Abuse Prevention Petition, G.L. c. 209A | (X) |
| E21 | Protection from Harassment, G.L. c. 258E | (X) |

### AA Administrative Civil Actions

| Code | Description | |
|---|---|---|
| E02 | Appeal from Administrative Agency, G.L. c. 30A | (X) |
| E03 | Certiorari Action, G.L. c. 249, § 4 | (X) |
| E05 | Confirmation of Arbitration Awards | (X) |
| E06 | Mass Antitrust Act, G.L. c. 93, § 9 | (A) |
| E07 | Mass Antitrust Act, G.L. c. 93, § 8 | (X) |
| E08 | Appointment of a Receiver | (X) |
| E09 | Construction Surety Bond, G.L. c. 149, §§ 29, 29A | (A) |
| E10 | Summary Process Appeal | (X) |
| E11 | Worker's Compensation | (X) |
| E16 | Auto Surcharge Appeal | (X) |
| E17 | Civil Rights Act, G.L. c.12, § 11H | (A) |
| E24 | Appeal from District Court Commitment, G.L. c.123, § 9(b) | (X) |
| E25 | Pleural Registry (Asbestos cases) | |
| E94 | Forfeiture, G.L. c. 265, § 56 | (X) |
| E95 | Forfeiture, G.L. c. 94C, § 47 | (F) |
| E99 | Other Administrative Action | (X) |
| Z01 | Medical Malpractice - Tribunal only, G.L. c. 231, § 60B | (F) |
| Z02 | Appeal Bond Denial | (X) |

### SO Sex Offender Review

| Code | Description | |
|---|---|---|
| E12 | SDP Commitment, G.L. c. 123A, § 12 | (X) |
| E14 | SDP Petition, G.L. c. 123A, § 9(b) | (X) |

### RC Restricted Civil Actions

| Code | Description | |
|---|---|---|
| E19 | Sex Offender Registry, G.L. c. 6, § 178M | (X) |
| E27 | Minor Seeking Consent, G.L. c.112, § 12S | (X) |

**TRANSFER YOUR SELECTION TO THE FACE SHEET**

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | [X] YES    [ ] NO |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** - The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or self-represented litigant.

**DUTY OF THE DEFENDANT** - If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

**A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
MAY RESULT IN DISMISSAL OF THIS ACTION.**

COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, ss.                                SUPERIOR COURT DEPARTMENT
                                               DOCKET No:

JEROME P. CONLIN                     )
            PLAINTIFF                )
                                     )
V.                                   )
                                     )
PAUL J. MICHAEL and DANIEL BERMAN    )
            DEFENDANTS               )

## VERIFIED COMPLAINT

Plaintiff, JEROME P. CONLIN (hereinafter "Mr. Conlin" or "Plaintiff") by and through its attorneys Somma Law PLLC, brings this Verified Complaint against PAUL J. MICHAEL ("Mr. Michael") and DANIEL BERMAN ("Mr. Berman") (together "Defendants") and in support thereof states as follows:

### INTRODUCTION

This is an action for a breach of a purchase and sale agreement. On or about April 6, 2020, Mr. Conlin and Defendants entered into a Purchase and Sale Agreement to purchase property located at 65 Bayberry Avenue, Provincetown, Massachusetts. Defendants agreed to purchase the Property for Two Million Five Hundred Thirty-Two Thousand Five Hundred and 00/100 dollars ($2,532,500.00). In order to consummate the transaction, Defendants were obligated to make two deposits, one in the amount of Five Thousand Dollars ($5,000.00) and the second in the amount of One Hundred Twenty-One Thousand Six Hundred Twenty-Five Dollars ($121,625.00) (together "Deposits"). Even though Defendants executed the P&S, they never paid the Deposits. Defendants

1

breached the P&S and did not purchase the Property. According to the P&S, Mr. Conlin is entitled to liquidated damages in the amount of the Deposits.

## THE PARTIES

1.  Plaintiff, Mr. Conlin, is an individual residing at 8 Seashore Park Drive, Unit #6, Provincetown, Massachusetts 02657.

2.  Defendant, PAUL J. MICHAEL is an individual residing at 273 West 10th Street, #2RE, New York, New York 10014.

3.  Defendant, DANIEL BERMAN is an individual residing at 273 West 10th Street, #2RE, New York, New York 10014.

## VENUE

4.  Venue is appropriate in Barnstable County Superior Court pursuant to Mass. Gen. Laws ch. 223 and Mass. Gen. Laws ch. 246, § 2.

## FACTUAL BACKGROUND

5.  On or about April 6, 2020, Mr. Conlin and Defendants entered into a Purchase and Sale Agreement ("P&S") to purchase property located at 65 Bayberry Avenue, Provincetown, Massachusetts ("Property"). A copy of the P&S is attached hereto as **Exhibit A**.

6.  Defendants agreed to purchase the Property for Two Million Five Hundred Thirty-Two Thousand Five Hundred and 00/100 dollars ($2,532,500.00) which was broken down as follows:

| $ 5,000.00 | Has been paid with the Offer to Purchase |
|---|---|
| $ 121,625.00 | Is to be paid as a deposit this day and |
| $2,405,875.00 | Are to be paid at the time of delivery of the deed by Attorney IOLTA check or wire transfer in compliance with Massachusetts "Good Funds" law at Seller's option |
| $2,532,500.00 | TOTAL |

Somma Law PLLC
130 Mill Road
Durham, New Hampshire 03824
(603) 733-0092

7. In order to consummate the transaction, Defendants were obligated to make two deposits, one in the amount of Five Thousand Dollars ($5,000.00) and the second in the amount of One Hundred Twenty-One Thousand Six Hundred Twenty-Five Dollars ($121,625.00) (together "Deposits").

8. Even though Defendants executed the P&S, they never paid the Deposits.

9. Defendants breached the P&S and did not purchase the Property.

10. Because Defendants did not purchase the Property, Mr. Conlin had to relist the Property for sale and find another buyer, this accepting an offer for $2,425,000.00 which is $107,500 less than the original contract price for the Property.

11. Paragraph 21 of the P&S states as follows:

### BUYERS' DEFAULT; DAMAGES

> If the BUYER shall fail to fulfill the BUYER'S agreements herein, all deposits made hereunder by the BUYER shall be retained by the SELLER as liquidated damages, which shall be SELLER'S sole and exclusive remedy at law and in equity.

12. According to the P&S, Mr. Conlin is entitled to liquidated damages in the amount of the Deposits.

## COUNTS OF THE COMPLAINT

### COUNT ONE
### IN BREACH OF CONTRACT

13. The Plaintiff does herewith restate and reiterate the allegations set forth in paragraphs one (1) through eleven (11) above and does further incorporate said paragraphs as if same were specifically set forth herein.

Somma Law PLLC
130 Mill Road
Durham, New Hampshire 03824
(603) 733-0092

14. Defendants entered into the foregoing P&S agreement with Plaintiff whereby Defendants were obligated to pay the Deposits.

15. Defendants did not purchase the Property.

16. Defendants have breached the P&S with Plaintiff.

17. As a result of Defendants' breach, Plaintiff has been damaged in the amount of One Hundred Twenty-Six Thousand Six Hundred Twenty-Five Dollars ($126,625.00).

18. In consequence of the foregoing, Plaintiff sustained damages and losses.

19. As a result of the actions of Defendant, Plaintiff continues to suffer ongoing losses and damages.

**WHEREFORE**, and for said damages, JEROME P. CONLIN demands:

A. That the monetary damages and losses sustained by Plaintiff in consequence of the foregoing actions of Defendant be determined and assessed; and that judgment be entered for Plaintiff, along with interest, costs, and attorney's fees against the Defendants;

B. Such other and further judgment and relief as this Honorable Court shall determine to be meet and just.

## VERIFICATION

I, Jerome P. Conlin, do herewith verify that I have read the above complaint and have personal knowledge of the facts stated therein are true to the best of my knowledge.

Signed under the pains and penalties of perjury this 5th day of February, 2021.

Jerome P. Conlin

4

Somma Law PLLC
130 Mill Road
Durham, New Hampshire 03824
(603) 733-0092

DATED: February 5, 2021

Respectfully submitted,
JEROME CONLIN,
Plaintiff,
By its Attorneys,

Christopher J. Somma (BBO #624988)
SOMMA LAW PLLC
130 Mill Road
Durham, NH 03824
Telephone: 603.733.0092
Email: Christopher@sommalawpllc.com

5